# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.

FREDERICK ANTHONY SMITH

## WARRANT FOR ARREST

CASE NUMBER: 2:07mj83-CSC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __FREDERICK ANTHONY SMITH__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

did knowingly and intentionally possess with intent to distribute cocaine hydrochloride and 5 grams or more of cocaine base, commonly known as "crack"; possession of a firearm during and in relation to a drug trafficking crime; and aiding and abetting,

all in violation of Titles __18 & 21__ United States Code, Section(s) __841(a)(1); 924(c), and Section 2.__

| | |
|---|---|
| Terry F. Moorer | UNITED STATES MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Terry X Moorer | September 18, 2007   Montgomery, Alabama |
| Signature of Issuing Officer | Date and Location |

(By) Deputy Clerk

Bail fixed at $_____ by_____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 5/81) Warrant for Arrest