FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

OCT 2 2 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. __2:07cr253-WKW__ |
| | ) | [18 USC 922(g)(1); |
| ROY BEEMAN | ) | 18 USC 924(c)(1)(A)(i); |
| ~~FREDERICK~~ ANTHONY SMITH | ) | 18 USC 2; |
| * FREDRICK | ) | 21 USC 841(a)(1)] |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

COUNT 1

On or about June 8, 2007, in Pike County, within the Middle District of Alabama,

ROY BEEMAN,

defendant herein, having been convicted of the following felony offenses, crimes punishable by

imprisonment for a term exceeding one year under the laws of the State of Alabama, to-wit:

1)    September 18, 1992, Possession of a Controlled Substance , case number CC 92-001322, in the Circuit Court of Montgomery County, Alabama;

2)    October 31, 1994, Receiving Stolen Property 1st, case number CC 94-001411, in the Circuit Court of Montgomery County, Alabama;

3)    September 18, 1992, Possession of Marijuana 1st, case number CC 92-001323, in the Circuit Court of Montgomery County, Alabama;

did knowingly possess in and affecting interstate commerce firearms, to-wit:

1)    a Winchester, Model 190, .22 caliber rifle, a better description of which is unknown to the grand jury;

2)    a Ruger, Model P89, 9 mm pistol, a better description of which is unknown to the grand jury;

3)    a Maverick Arms, Model 88, 12 gauge shotgun, a better description of which is

** Indictment amended per oral order entered on 4/25/08 granting
motion to amend indictment.

SCANNED

unknown to the grand jury;

4)    an Iberia Firearms, Model JCP40, .40 caliber pistol, a better description of which is unknown to the grand jury;

5)    a Hi Point, Model CF 380, .380 caliber pistol, a better description of which is unknown to the grand jury,

in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about June 8, 2007, in Pike County, within the Middle District of Alabama,

ROY BEEMAN, and
~~FREDERICK~~ ANTHONY SMITH,
FREDRICK

defendants herein, while aiding and abetting each other, did knowingly and intentionally possess with intent to distribute 5 grams or more of cocaine base, commonly known as "crack cocaine," a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT 3

On or about June 8, 2007, in Pike County, within the Middle District of Alabama,

ROY BEEMAN, and
~~FREDERICK~~ ANTHONY SMITH,
FREDRICK

defendants herein, while aiding and abetting each other, did knowingly and intentionally possess with intent to distribute cocaine hydrochloride, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18 United States Code, Section 2.

## COUNT 4

On or about June 8, 2007, in Pike County, within the Middle District of Alabama,

ROY BEEMAN,

2

defendant herein, knowingly used and carried firearms, to wit,

1)    a Winchester, Model 190, .22 caliber rifle, a better description of which is unknown to the grand jury;

2)    a Ruger, Model P89, 9 mm pistol, a better description of which is unknown to the grand jury;

3)    a Maverick Arms, Model 88, 12 gauge shotgun, a better description of which is unknown to the grand jury;

4)    an Iberia Firearms, Model JCP40, .40 caliber pistol, a better description of which is unknown to the grand jury;

5)    a Hi Point, Model CF 380, .380 caliber pistol, a better description of which is unknown to the grand jury,

during and in relation to, and possessed firearms in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to-wit: possession with intent to distribute cocaine base, commonly known as "crack cocaine," and cocaine hydrochloride, as charged in Counts 2 and 3, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

<u>FORFEITURE ALLEGATION - 1</u>

A.    Counts 1 through 4 of this indictment are hereby repeated and incorporated herein by reference.

B.    Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment the defendant,

ROY BEEMAN

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of these offenses, including but not limited to the following:

1)    a Winchester, Model 190, .22 caliber rifle, a better description of which is unknown

to the grand jury;

2)      a Ruger, Model P89, 9 mm pistol, a better description of which is unknown to the grand jury;

3)      a Maverick Arms, Model 88, 12 gauge shotgun, a better description of which is unknown to the grand jury;

4)      an Iberia Firearms, Model JCP40, .40 caliber pistol, a better description of which is unknown to the grand jury;

5)      a Hi Point, Model CF 380, .380 caliber pistol, a better description of which is unknown to the grand jury,

C.      If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1)      cannot be located upon the exercise of due diligence;

(2)      has been transferred, sold to, or deposited with a third person;

(3)      has been placed beyond the jurisdiction of the court;

(4)      has been substantially diminished in value; or,

(5)      has been commingled with other property which cannot be divided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the property described above.

All in violation of Title 18, United States Code, Section 922.

## FORFEITURE ALLEGATION - 2

A.      Counts 1 through 4 of this indictment are hereby repeated and incorporated herein by reference.

B.      Upon conviction for the violation as alleged in Counts 2 and 3 of this indictment, the

4

defendants,

ROY BEEMAN and
~~FREDERICK~~ ANTHONY SMITH,
FREDRICK

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all

property constituting or derived from any proceeds the defendants obtained, directly or indirectly,

as a result of the violation and any and all property used or intended to be used in any manner or part

to commit and to facilitate the commission of the offense.

      C.     If any of the forfeitable property described in this forfeiture allegation, as a result of

any act or omission of the defendants:

      (1)  cannot be located upon the exercise of due diligence;

      (2)  has been transferred or sold to, or deposited with, a third person;

      (3)  has been placed beyond the jurisdiction of the Court;

      (4)  has been substantially diminished in value; or,

      (5)  has been commingled with other property which cannot be subdivided without

difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated

by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court forfeiting any

other property of said defendants up to the value of the property described above.

All in violation of Title 21, United States Code, Section 841.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
Matthew W. Shepherd
Assistant United States Attorney