IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-253-WKW |
| | ) | |
| FREDRICK ANTHONY SMITH | ) | |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE CHARLES S. COODY, UNITED STATES MAGISTRATE

JUDGE:

Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an Indictment against Fredrick Anthony Smith now in custody of Pike County Jail, Troy, Alabama, and that said cause is set for arraignment at Montgomery, Alabama, in this Honorable Court on November 28, 2007, at 10:30 a.m.

WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to Pike County Jail, Troy, Alabama, commanding them to deliver said prisoner to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court to be held at Montgomery, Alabama, on November 28, 2007, at 10:30 a.m.

Respectfully submitted this the 25th of October, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/ Matthew W. Shepherd
MATTHEW W. SHEPHERD
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
334.223.7280
334.223.7135 fax

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-253-WKW |
| | ) | |
| FREDRICK ANTHONY SMITH | ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum, filed October 25, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED.  The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Pike County Jail, Troy, Alabama, commanding it to deliver Fredrick Anthony Smith to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on November 28, 2007, at 10:30 a.m., and to return the prisoner to said official when the court shall have finished with him.

DONE this the _____ day of October, 2007.

_____
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE