IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-253-WKW |
| | ) | |
| FREDRICK ANTHONY SMITH | ) | |

**O R D E R**

Upon consideration of the motion for writ of habeas corpus ad prosequendum, filed October 25, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Pike County Jail, Troy, Alabama, commanding it to deliver Fredrick Anthony Smith to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on November 28, 2007, at 10:30 a.m., and to return the prisoner to said official when the court shall have finished with him.

Done this 26th day of October, 2007.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE