```
         IN THE DISTRICT COURT OF THE UNITED STATES
           FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

UNITED STATES OF AMERICA )
)
    v. )   CR. NO. 2:07cr253-WKW
)
ROY BEEMAN )
FREDERICK ANTHONY SMITH )

### UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, John T. Harmon, and enters his notice of appearance on behalf of the United States, in the above-styled cause.

Respectfully submitted this 2nd day of November, 2007.

                         FOR THE UNITED STATES ATTORNEY
                              LEURA G. CANARY

                        /s/John T. Harmon
                        John T. Harmon
                        Assistant United States Attorney
                        Office of the United States Attorney
                        Middle District of Alabama
                        131 Clayton Street
                        Post Office Box 197
                        Montgomery, Alabama 36101-0197
                        Telephone:(334) 223-7280
                        Facsimile:(334) 223-7560
                        E-mail: John.Harmon@usdoj.gov
                        Bar Number: 7068-II58J

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 2, 2007, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                              Respectfully submitted,

                              /s/John T. Harmon
                              John T. Harmon
                              Assistant United States Attorney