IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

UNITED STATES OF AMERICA    )
                            )
        vs.                 )   CRIMINAL NO. 2:07CR-253-WKW
                            )
FREDRICK ANTHONY SMITH      )

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

**RETURNED AND FILED**
**NOV 16 2007**
**CLERK**
**U. S. DISTRICT COURT**
**MIDDLE DIST. OF ALA.**

TO THE WARDEN AND/OR KEEPER OF THE   PIKE COUNTY JAIL

AT   TROY, ALABAMA

and

TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF ALABAMA OR ANY OTHER UNITED STATES MARSHAL:

GREETINGS:

We command you, that you have the body of **FREDRICK ANTHONY SMITH**, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the courtroom of said court, in the city of **Montgomery** on **November 28, 2007 at 10:30 a.m.**, to answer charges pending in said court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

**RETURNED UNEXECUTED**

BY ORDER OF THE COURT

DONE, this the 26th day of October, 2007.

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

BY: _____
        DEPUTY CLERK

11/15/07
ROB in Pike Co.