### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN  DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **V.** | **)** | **CASE NO: 2:07-CR-253-WKW** |
| | **)** | |
| **FREDERICK A. SMITH** | **)** | |

### NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the Defendant, **FREDERICK A. SMITH,** by and through undersigned counsel, Michael J. Petersen, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty pursuant to Rules 11(c)(1)(A) and 11(c)(1)(C), Federal Rules of Criminal Procedure.  Defendant waives his right to plea in front of a district judge and consents to do so before a magistrate judge.

Dated this 15th day of January, 2008.

Respectfully submitted,


s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN  DIVISION

UNITED STATES OF AMERICA      )
                                        )
      V.                         )       CASE NO: 2:07-CR-253-WKW
                                          )
FREDERICK A. SMITH            )

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2008, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system, which will send notification of such filing to the following:

Matthew Shepherd, Esq., Assistant U.S. Attorney, 131 Clayton Street, Montgomery, AL 36101.


Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M