# United States District Court

## for

## Middle District of Alabama

### Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

Name of Defendant: Fredrick Anthony Smith                                    Case Number: 2:07cr253-WKW

Name of Releasing Judicial Officer: The Honorable Charles S. Coody, Chief U.S. Magistrate Judge

Date of Release: 11/16/07

Original Offense: 21 USC Section 841(a)(1)- Distribution of Crack Cocaine

Type of Release: $25,000 Unsecured Appearance Bond with Pretrial Supervision

Assistant U.S. Attorney: Matt Shepherd                                       Defense Attorney: Michael Peterson

## PETITIONING THE COURT

[ X ]   To issue a warrant
[  ]    To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Release Condition 7 (s): "The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing...." | On 12/17/07, the defendant reported to the U.S. Probation Office and provided an adulterated urine sample. Smith admitted to using a small plastic bottle containing "his cousin's" urine during urinalysis testing. He further admitted to submitting the sample as his urine sample. The bottle and its contents were immediately seized by the probation officer. |
| Release Condition 7(p): "The defendant shall refrain from any use or unlawful possession of narcotic drug and other controlled substances..." | On 12/17/07, and subsequent to having admitted to submitting an adulterated urine sample, the defendant admitted to having used marijuana on or about 12/01/07. The defendant signed an admission form stating the same. |
| Release Condition 7(p): "The defendant shall refrain from any use or unlawful possession of narcotic drug and other controlled substances..." | On 01/10/08, the defendant submitted a urine sample which yielded presumptive positive results for marijuana. The sample was forwarded to Kroll Laboratories, Inc. for confirmation with results pending. |

Response to Prior Supervision and Action taken by U.S. Probation Officer to bring the defendant into compliance:

On 12/17/07, following the defendant's admission to having used marijuana and having submitted an adulterated urine sample, he was placed on the code-a-phone drug testing system. It was also on this date that the defendant denied the need for substance abuse treatment. The defendant, however, voluntarily met with Robert Parsons, Director of Admissions for the substance abuse program at East Central Mental Health in Troy, AL. Parsons informed that during an interview with Smith, the same denial of a substance abuse problem was made by Smith. Parson further informed that Smith only related anxiety issues during the interview. Consequently, Smith was not referred for substance abuse treatment at that time.

In addition to the defendant submitting an adulterated sample, he never produced a urine sample on 12/17/08, despite being afforded ample time. Additionally, the defendant stalled significantly during the probation officer's subsequent attempt to collect a urine sample on 01/10/08, with the testing process having exceeded one hour.

U.S. Probation Officer Recommendation:

[ ]    The defendant's release should be
        [ X ]    revoked and defendant detained.

[ ]    The conditions of release should be modified as follows:

                              Respectfully submitted,

                by    /s/ Jason M. Dillon

                              Jason M. Dillon
                              U.S. Probation Officer
                              Date: 01/14/08

Reviewed and approved: /s/ Sandra G. Wood
                        Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

    Done this 15th day of January, 2008.

                              /s/Charles S. Coody
                              CHARLES S. COODY
                              CHIEF UNITED STATES MAGISTRATE JUDGE