IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA            )
                                    )
vs.                                 )     CR. NO. 2:07-CR-253-WKW
                                    )
FREDRICK ANTHONY SMITH              )

**ORDER**

Pursuant to the defendant's *Notice of Intent to Change Plea* (Doc. # 43) filed on

January 15, 2008, it is hereby

**ORDERED** that the defendant's change of plea hearing be and is hereby set for

**January 22, 2008**, at **10:00 a.m.**, **in Courtroom 4B**, United States Courthouse Complex,

One Church Street, Montgomery, Alabama.

The Clerk is **DIRECTED** to provide a court reporter for this proceeding. If the

defendant is in custody, the United States Marshal or the person having custody of the

defendant shall produce the defendant for the proceeding.

Counsel for the defendant is **DIRECTED** to confer with the defendant prior to the

proceeding set in this order and (1) advise the defendant about the Sentencing Guidelines and

that while the Sentencing Guidelines are no longer mandatory the Guidelines remain an

important factor which the court will consider in determining a reasonable sentence; (2)

advise the defendant that in addition to the Guidelines, in determining a reasonable and

appropriate sentence, the court will consider the sentencing factors set forth in 18 U.S.C. §

3553(a), and (3) explain to the defendant each of those factors specifically including (a) the

nature and circumstances of the offense and the history and characteristics of the defendant;

(b) the need to reflect the seriousness of the offense, to promote respect for the law, and to

provide just punishment for the offense; (c) the need for deterrence; (d) the need to protect

the public; (e) the need to provide the defendant with needed educational or vocational

training or medical care; (f) the kinds of sentences available; (g) the need to avoid unwanted

sentencing disparities; and (h) the need to provide restitution to victims.

Done this 15th day of January, 2008.


_____/s/Charles S. Coody_____

CHARLES S. COODY

CHIEF UNITED STATES MAGISTRATE JUDGE