IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-253-MEF |
| | ) | |
| ROY BEEMAN | ) | |
| FREDRICK ANTHONY SMITH | ) | |

## **O R D E R**

It is hereby ORDERED that the sentencing hearing set in this case for April 15, 2008 at 10:45 a.m. and 11:00 a.m. is rescheduled for April 16, 2008 at 9:00 A.M. at the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 13th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE