IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                      ) | CASE NO. 2:07-cr-253-MEF |
| ) | |
| ROY BEEMAN                                  ) | |
| FREDRICK ANTHONY SMITH  ) | |

## **O R D E R**

It is hereby ORDERED that the sentencing hearing set for April 16, 2008 is continued to April 22, 2008 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 28th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE