## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 2:07-CR-253-MEF |
| | ) | |
| FREDERICK A. SMITH | ) | |

### UNOPPOSED MOTION TO CONTINUE SENTENCING

**COMES NOW** the Defendant, **FREDERICK A. SMITH,** by and through undersigned counsel, Michael J. Petersen, and moves for good cause and pursuant to Fed. R. Crim. P. 32(a) for an order continuing sentencing from the present date of April 22, 2008.  In support of said Motion, defendant would show that good cause exists for such continuance and such continuance would be in the interest of justice, in that:

1.	The United States, through the Assistant United States Attorney, Matthew Shepherd, has no opposition to this requested continuance.

2.	The United States Probation Office through Supervisory Probation Officer Scott Wright, has no objection to this requested continuance.

3.	On March 28, 2008, this Court reset the sentencing in this matter to April 22, 2008 from April 16, 2008.

4.	Undersigned counsel intends to present witnesses pursuant to 18 U.S.C. §3553(a) for this Court's consideration in determining the particular sentence to be imposed in this matter.  Two of these witnesses are Tony Smith and Ann Smith, the defendant's father and mother, respectively.

5.	On March 31, 2008, undersigned counsel contacted the above-named witnesses to inform them of the change in the sentencing date.  During that conversation, undersigned counsel

was told by Ms. Smith that from April 21 through April 23, 2008, both she and Mr. Smith will be unavailable as witnesses because of a prior commitment. That is, Mr. Smith is the General Committee Chairman of the Brotherhood of Locomotive Engineers and Trainmen, and a regional meeting of that Brotherhood is set for the period of April 21 through April 23. The meeting is held every four years and was scheduled early in January 2008. Members of the Brotherhood of Locomotive Engineers and Trainmen will be attending from throughout the Southeastern United States. Ms. Smith is employed as the secretary and office manager and must also attend the meeting.

6.   In addition, undersigned counsel would request that the defendant's sentencing not be held at the same time as that of his co-defendant Roy Beeman. The defendant has provided substantial assistance to the government in this matter regarding his involvement with the co-defendant. The United States, through the Assistant United States Attorney, Matthew Shepherd, has no opposition to the defendant's request that the defendant and the co-defendant, Roy Beeman be sentenced on different days.

**WHEREFORE**, the Defendant prays that sentencing in this matter be continued from the April 22, 2008 date.

Dated this 1st day of April, 2008.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO: 2:07-CR-253-MEF |
| | ) | |
| **FREDERICK A. SMITH** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Matthew Shepherd, Esq., Assistant U.S. Attorney, 131 Clayton Street, Montgomery, AL 36101.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M