IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-253-MEF |
| | ) | |
| FREDRICK ANTHONY SMITH | ) | |

## **O R D E R**

Upon consideration of defendant Smith's Unopposed Motion to Continue Sentencing (Doc. #69) filed on April 1, 2008, it is hereby

ORDERED that the motion is GRANTED in part and DENIED in part. The sentencing hearing set for April 22, 2008 is continued to April 25, 2008 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama. In all other respects the motion is denied.

DONE this the 2nd day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE