IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                  ) | CASE NO. 2:07-cr-253-MEF |
| ) | |
| ROY BEEMAN                              ) | |
| FREDRICK ANTHONY SMITH    ) | |

## **O R D E R**

It is hereby ORDERED that the sentencing hearing set for April 25, 2008 at 9:00 a.m. is **rescheduled for April 25, 2008 at 8:00 a.m.** in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 16th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE