THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07CR253-MEF |
| | ) | |
| FREDERICK ANTHONY SMITH | ) | |

UNITED STATES MOTION FOR DOWNWARD DEPARTURE
PURSUANT TO U.S.S.G. 5K1.1 AND 18 U.S.C. § 3553(e) FOR SUBSTANTIAL
ASSISTANCE

Comes now the United States of America, by and through Leura G. Canary, United States

Attorney for the Middle District of Alabama, and pursuant to Section 5K1.1 of the United States

Sentencing Guidelines, and 18 U.S.C. § 3553(e), respectfully requests this Honorable Court

reduce defendant's offense level by 3 levels.  As reasons therefore, the United States submits the

following:

1.  Smith pled guilty to one count of possessing cocaine hydrochloride with intent to

distribute and one count of possessing 5 grams or more of cocaine base with intent to distribute,

both counts in violation of Title 21, United States Code, Section 841(a)(1).  According to the

Presentence Report, Smith's criminal history category is I and his offense level is 25, resulting in

a sentencing guidelines range of 57-71 months.  However, because Smith possessed 5 grams or

more of cocaine base, he is subject to a mandatory minimum sentence of 60 months on that

count.  Thus, his guidelines range was adjusted to 60-71 months.  Granting this motion for

downward departure would result in an offense level of 22 and a sentencing guidelines range of

41-51 months, below the mandatory minimum.

2.  During the course of this investigation, Smith has been cooperative and truthful with

law enforcement.  Smith agreed to be interviewed by Special Agents from the Bureau of Alcohol,

Tobacco, Firearms, and Explosives, regarding his conduct, the conduct of his co-defendant, and his knowledge of drug trafficking occurring in Troy, Alabama. Smith also agreed to testify at trial against his co-defendant, Roy Beeman. Smith's cooperation provided substantial assistance to the investigation of Beeman and preparation for trial against Beeman. After Smith agreed to cooperate and testify against Beeman, Beeman changed his plea from not guilty to guilty.

3. The United States asserts that a certain amount of danger is inherent to individuals when they provide information useful to law enforcement. This danger is especially so when a defendant agrees to cooperate against a co-defendant who is aware of his identity and cooperation, as in this case.

4. The United States notes that even with this Motion for Downward Departure for Substantial Assistance, Smith will not escape imprisonment for his crimes, but will still face a sentence of 41 months pursuant to the plea agreement. Considering the totality of Smith's cooperation, the United States believes that a downward departure of 3 levels from his offense level is warranted in this case.

5. The United States submits this motion pursuant to 18 U.S.C. § 3553(e), because the government's recommendation for the downward departure would result in a sentence below the statutory mandatory minimum of 60 months contained at 21 U.S.C. § 841(b)(1)(B)(iii).

Wherefore, premises considered, the United States moves this Honorable Court grant a downward departure, pursuant to U.S.S.G. § 5K1.1, and 18 U.S.C. § 3553(e), of a 3 level reduction in the defendant's offense level for his substantial assistance.

Respectfully submitted this the 22nd day of April, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Matthew W. Shepherd
MATTHEW W. SHEPHERD
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
334-223-7280
334-223-7135 Fax
matthew.shepherd@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07CR253-MEF |
| | ) | |
| FREDERICK ANTHONY SMITH | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2008, I filed the foregoing with the Clerk of the Court

electronically using the CM/EF system which will automatically send a copy to Michael Petersen,

counsel for the defendant.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Matthew W. Shepherd
MATTHEW W. SHEPHERD
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
334-223-7280
334-223-7135 Fax
matthew.shepherd@usdoj.gov

4