IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr253-WKW |
| | ) | |
| FREDERICK ANTHONY SMITH | ) | |

**MOTION TO AMEND**

COMES NOW the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned motion, and as reasons therefore, submits the following:

1. On October 22, 2007, the Grand Jury for the Middle District of Alabama returned an indictment against Defendant Frederick Anthony Smith.

2. It was brought to the attention of the United States that the defendant's name was spelled incorrectly and should be Fredrick Anthony Smith. The United States respectfully moves to amend the style of the case and pleadings to reflect the defendant's name which is Fredrick Anthony Smith.

Respectfully submitted this 24th day of April, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Matthew W. Shepherd
MATTHEW W. SHEPHERD
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: Matthew.Shepherd@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:07cr253-WKW |
| | ) |
| FREDERICK ANTHONY SMITH | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Michael Peterson, Esq, attorney for defendant Fredrick Anthony Smith.

    Respectfully submitted,

    /s/Matthew W. Shepherd
    MATTHEW W. SHEPHERD
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, AL 36104
    Phone: (334) 223-7280
    Fax: (334) 223-7135
    E-mail: Matthew.Shepherd@usdoj.gov