AO 245B    (Rev. 06/05) Judgment in Criminal Case
           Sheet 2 — Imprisonment

Judgment — Page 2 of 6

**DEFENDANT:** FREDRICK ANTHONY SMITH
**CASE NUMBER:** 2:07CR253-MEF-02

2008 MAY 19 P 5 04

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Forty four (44) months. This term consists of 44 months as to Counts 2 and 3 to run concurrently.

X The court makes the following recommendations to the Bureau of Prisons:
   The Court recommends that defendant be designated to a facility where Intensive Residential Substance Abuse Treatment is available.
   The Court further recommends that defendant be placed as near to Pike County, Alabama as can be and still accomplish the treatment as ordered.

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

**RETURNED AND FILED**

## RETURN

MAY 21 2008

I have executed this judgment as follows:

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Defendant delivered on  VIA USM  5-14-08  to  FPC mon

at  Maxwell AFB  , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL